IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00777-REB-BNB

CONSUMER CRUSADE, INC.,

Plaintiff,

v.

GATEWAY EXPRESS MORTGAGE, INC., and
JAMES WAHL,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Vacate Scheduling Conference** (the "Motion"), filed on August 5, 2005.

IT IS ORDERED that the Motion is DENIED and the Scheduling Conference set for August 12, 2005, at 1:00 p.m., will go forward as previously scheduled.


DATED:  August 8, 2005