**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  05-cv-00777-REB-BNB

CONSUMER CRUSADE, INC., a Colorado corporation,

     Plaintiff,

v.

GATEWAY EXPRESS MORTGAGE, INC., a Washington corporation, and
JAMES WAHL, its Officers and Directors

     Defendant.
_____

MINUTE ORDER
_____

     The matters comes before the court on the Stipulation Regarding Remand, Filing of Complaint and Acceptance of Service of Process of Complaint [#17], filed September 2, 2005.  Based on the information stated in the stipulation, the Suggestion of Lack of Subject Matter Jurisdiction and Motion to Remand Case to District Court Pursuant to 28 U.S.C. § 1447(c) and (d) [#7], filed August 5, 2005, is WITHDRAWN.

Dated: September 6, 2005
-----------------------------------------------------------------------------------------------------------